1042

[No. 43377-6-I. Division One. February 22, 2000.]

ATLANTIC MUTUAL INSURANCE COMPANY, *Respondent*, v.
RICHARD RUMBERG, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-2-09785-1, Richard D. Eadie, J., entered
August 28, 1998. *Reversed* by unpublished opinion per
Coleman, J., concurred in by Baker and Becker, JJ.

[Nos. 43597-3-I; 43607-4-I. Division One. February 22, 2000.]

WARREN E. HANSON, *Appellant*, v. THE PORT OF
BELLINGHAM, *Respondent*.

Appeals from a judgment of the Superior Court for What-
com County, No. 95-2-01342-9, David A. Nichols, J., entered
September 25, 1997. *Affirmed* by unpublished per curiam
opinion.

[No. 43761-5-I. Division One. February 22, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. LONNIE JOSEPH
HUBER, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 98-1-01168-2, Linda C. Krese, J.,
entered November 5, 1998. *Affirmed* by unpublished per
curiam opinion.

[No. 43964-2-I. Division One. February 22, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES KEOLA
ROBERT, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 98-1-02783-1, Glenna Hall, J., entered Decem-
ber 18, 1998. *Remanded* by unpublished per curiam
opinion.